William C. Baton
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
wbaton@saul.com

*Attorneys for Plaintiffs*
*Axsome Therapeutics, Inc. and*
*Antecip Bioventures II LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**TEVA PHARMACEUTICALS, INC.,**<br><br>Defendant. | Civil Action No. 23-1695 (SDW)(LDW)<br><br>**NOTICE OF APPEARANCE**<br><br>**(Filed Electronically)** |

PLEASE TAKE NOTICE that William C. Baton, an attorney with the firm of Saul Ewing LLP, hereby appears as counsel for plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: March 27, 2023

Respectfully submitted,

By: s/ William C. Baton
William C. Baton
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
wbaton@saul.com

*Attorneys for Plaintiffs*
*Axsome Therapeutics, Inc. and*
*Antecip Bioventures II LLC*