Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To:   Clerk
      United States District Court for the District of New Jersey
      50 Walnut Street
      Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Christine I. Gannon of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendant Teva Pharmaceuticals, Inc., and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: April 18, 2023            By:   *s/Christine I. Gannon*
                                        Christine I. Gannon