

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 24, 2023

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
               Case No. 2:23-cv-01695 (SDW) (LDW)

Dear Judge Wettre:

      This firm, together with Goodwin Procter LLP, represents Defendant Teva Pharmaceuticals, Inc. ("Teva"), in connection with the above-referenced matter. Pursuant to Local Civil Rule 101.1(c) and Your Honor's Judicial Preferences, Teva respectfully submits this informal application for the *pro hac vice* admission of Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor of the law firm Goodwin Procter LLP in this matter. Counsel for Plaintiffs consents to this application.

      In support of this application, enclosed please find the following documents:

- Certification of Daryl L. Wiesen;
- Certification of Elaine Herrmann Blais;
- Certification of Alexandra D. Valenti;
- Certification of Alison Siedor;
- Certification of Liza M. Walsh in support of *pro hac vice* admission; and
- Proposed Order.

      Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

      We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                  *s/ Liza M. Walsh*

                                  Liza M. Walsh

Encl.

Honorable Leda D. Wettre, U.S.M.J.
May 24, 2023
Page 2

cc:     All Counsel of Record (via ECF and Email)