Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**CERTIFICATION OF DARYL L. WIESEN IN SUPPORT OF PRO HAC VICE ADMISSION**<br><br>*Filed Electronically* |

I, Daryl L. Wiesen, hereby certify and state:

　　1.　　I am an attorney-at-law admitted to the Bar of the Commonwealth of Massachusetts. I am a partner of the firm Goodwin Procter LLP, attorneys for Defendant Teva Pharmaceuticals, Inc. ("Teva") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

　　2.　　I was admitted to the Bar of the Commonwealth of Massachusetts in 1997, and am a member in good standing.

　　3.　　I was admitted to practice and am a member in good standing of the United States Supreme Court (admitted in 2005); the United States Court of Appeals for the Federal Circuit

1

(admitted in 2001); the United States Court of Appeals for the First Circuit (admitted in 2020); and the United States District Court for the District of Massachusetts (admitted in 1997).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars identified above are:

>Massachusetts Board of Bar Examiners
>John Adams Courthouse
>One Pemberton Square, Suite 5-140
>Boston, MA 02108

>Supreme Court of the United States
>1 First Street, N. E.
>Washington, D. C. 20543

>United States Court of Appeals for the Federal Circuit
>717 Madison Place, NW
>Washington, DC 20439

>United States Court of Appeals for the First Circuit
>John Joseph Moakley U.S. Courthouse
>1 Courthouse Way
>Boston, MA 02210

>United States District Court for the District of Massachusetts
>1 Courthouse Way
>Boston, MA 02210

5. I am associated in this matter with Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP, who is the attorney of record for Teva and is authorized to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

6. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

7. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates

fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial and any other proceedings and shall abide by Local Civil Rule 101.1(c).

8. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by my co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

9. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

10. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

11. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

12. For the foregoing reasons, it is respectfully requested that the Court grant Teva's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

  Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 3, 2023

               _____
               Daryl L. Wiesen