Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07012
(973) 757-1100

*Attorneys for Defendants Teva Pharmaceuticals, Inc.,*
*Teva USA, Inc., and Teva Pharmaceutical Industries Ltd.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**CERTIFICATION OF ELAINE HERRMANN BLAIS IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Elaine Herrmann Blais, of full age, hereby certify and state:

1.     I am an attorney-at-law admitted to the Bar of the Commonwealth of Massachusetts, to the Bar of the State of Ohio, and to the Bar of the State of Illinois. I am a partner of the firm Goodwin Procter LLP, attorneys for Defendants Teva Pharmaceuticals, Inc., Teva USA, Inc., and Teva Pharmaceutical Industries Ltd. in the above-captioned matter.  I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2.     I was admitted to the Bar of the Commonwealth of Massachusetts in 2003; to the Bar of the State of Ohio in 1995 (currently on inactive status); and to the Bar of the State of Illinois in 1996 (currently on inactive status). I am a member in good standing.

3.      I was admitted to practice and am a member in good standing of the bars of the United States Supreme Court (admitted in 2008); the United States Court of Appeals for the Federal Circuit (admitted in 2003); the United States Court of Appeals for the First Circuit (admitted in 2003); the United States District Court for the District of Massachusetts (admitted in 2003); the United States District Court for the Eastern District of Texas (admitted in 2006);  the United States District Court for the Northern District of Ohio (admitted in 1996); and the United States District Court for the Northern District of Illinois (admitted in 1999).

4.      The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

Massachusetts Board of Bar Overseers
99 High Street, 2nd Floor
Boston, MA 02110

Ohio State Bar Association
1700 Lake Shore Drive
Columbus, OH 43204

Supreme Court of Illinois
One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601

Supreme Court of the United States
1 First Street, N. E.
Washington, D. C. 20543

United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

United States District Court for the Eastern District of Texas
ATTN: Attorney Admissions Clerk
William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street, Room 106
Tyler, Texas 75702

United States District Court for the Northern District of Ohio
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

United States District Court for the Northern District of Illinois
219 S. Dearborn Street, Room 2050
Chicago, Illinois 60604

5.      I am associated in this matter with Liza M. Walsh of Walsh Pizzi O'Reilly Falanga
LLP, who is the attorney of record for Teva and is authorized to practice law in New Jersey, and
is a member in good standing of the Bar of this Court.

6.      No disciplinary proceedings are pending against me in any jurisdiction, and no
discipline has been imposed on me in any jurisdiction.  I agree to notify this court immediately of
any matter affecting my standing at the bar of any court to which I am admitted to practice.

7.      If admitted *pro hac vice*, I will conduct myself in accordance with the rules
regulating and governing conduct of attorneys before this Court and will strictly observe the dates
fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other
proceedings.

8.      If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with
the Court or sign any such papers, but rather will have all such papers signed and filed by co-

counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

9.      If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

10.     If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

11.     I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of New Jersey in good standing.  I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

12.     For the foregoing reasons, it is respectfully requested that the Court grant Teva's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 26, 2023

_Elaine Blais_
_____
Elaine Herrmann Blais

4