Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel: (973) 757-1100

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**CERTIFICATION OF ALISON SIEDOR IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Alison Siedor, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of New York, to the Bar of the District of Columbia, and to the Bar of the State of Washington. I am an associate of the firm Goodwin Procter LLP, attorneys for Defendant Teva Pharmaceuticals, Inc. ("Teva") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of New York in 2018; to the Bar of the District of Columbia in 2022, to the Bar of the State of Washington in 2022, and am a member in good standing.

3. I was admitted to practice and am a member in good standing of the bars of the United States District Court for the Southern District of New York (admitted in 2019); and the United States District Court for the Eastern District of New York (admitted in 2019).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

Attorney Records
Supreme Court of the State of New York
Appellate Division, Third Judicial Department
P.O. Box 7350, Capitol Station
Albany, New York 12224

The District of Columbia Bar
Office of Admissions
901 4th Street, NW
Washington, DC 20001

Supreme Court of Washington
Temple of Justice
P.O. Box 40929
Olympia, WA 98504

United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

United States District Court
for the Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

5. I am associated in this matter with Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP, who is the attorney of record for Teva and is authorized to practice law in New Jersey, and is a member in good standing of the Bar of this Court.

6. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

7. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

8. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

9. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

10. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

11. I also understand that upon admission *pro hac vice*, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and a licensed member of the Bar of the State of

New Jersey in good standing. I agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

12. For the foregoing reasons, it is respectfully requested that the Court grant Teva's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 2, 2023

Alison Siedor

4