Liza M. Walsh
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**CERTIFICATION OF LIZA M. WALSH IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

　　I, Liza M. Walsh, of full age, hereby certify:

　　1.　　I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Teva Pharmaceuticals, Inc. ("Teva"), in the above-captioned matter. I am a member in good standing of the bar of this Court.

　　2.　　I submit this certification in support of Teva's application for the *pro hac vice* admission of Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor of the law firm Goodwin Procter LLP as counsel for Teva in this matter pursuant to Local Civil Rule 101.1(c).

3. Daryl L. Wiesen is a partner of the firm of Goodwin Procter LLP. Mr. Wiesen is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Daryl L. Wiesen being filed simultaneously with this application.

4. Elaine Herrmann Blais is a partner of the firm of Goodwin Procter LLP. Ms. Blais is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Elaine Herrmann Blais being filed simultaneously with this application.

5. Alexandra D. Valenti is a partner of the firm of Goodwin Procter LLP. Ms. Valenti is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Alexandra D. Valenti being filed simultaneously with this application.

6. Alison Siedor is an associate of the firm of Goodwin Procter LLP. Ms. Siedor is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Alison Siedor being filed simultaneously with this application.

7. I am confident that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules including Local Civil Rule 101.1(c). I have agreed to work with the firm Goodwin Procter LLP in this matter.

8. I agree to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleagues Daryl L. Wiesen, Elaine

Herrmann Blais, Alexandra D. Valenti, and Alison Siedor and will ensure that they comply with Local Rule 101.1(c) should this application be granted.

9. I further agree that either I or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will continue to make all court appearances unless otherwise excused by the Court.

10. Plaintiffs, through counsel, have consented to the *pro hac vice* admission of Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor.

11. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor to practice *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements made by me are true.


Dated: May 24, 2023                              s/Liza M. Walsh
                                                 Liza M. Walsh