## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 2:23-cv-01695 (SDW-LDW)<br><br>**[CONSENT] ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendant Teva Pharmaceuticals, Inc. ("Teva"), for the entry of an Order admitting *pro hac vice* Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor of the law firm Goodwin Procter LLP as counsel for Teva; counsel for Plaintiffs having consented thereto; and for good cause having been shown;

**IT IS** on this _____ day of _____, 2023,

**ORDERED** that Teva's application for the *pro hac vice* admission of Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor of the Goodwin Procter LLP law firm as counsel for Teva is hereby **GRANTED**; and it is further

**ORDERED** that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor are hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Teva in this matter; and it is further

**ORDERED** that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor shall, for the duration of the time they serve as counsel *pro hac vice* in this matter, each make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall each pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Daryl L. Wiesen, Elaine Herrmann Blais, Alexandra D. Valenti, and Alison Siedor shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

                                                                                        _____
                                                                                        Hon. Leda D. Wettre, U.S.M.J.