Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Axsome Therapeutics, Inc. and*
*Antecip Bioventures II LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 23-1695 (MEF)(LDW)<br><br>(Filed Electronically) |

## CERTIFICATE OF SERVICE

ALEXANDER L. CALLO, hereby certifies:

　　　1.　　I am an attorney-at-law of the State of New Jersey and an associate at the law firm of Saul Ewing LLP, counsel for Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC in the above-captioned matter.

　　　2.　　On June 20, 2023, true and correct copies of (1) Axsome Therapeutics, Inc. and Antecip Bioventures II LLC's Answer to Teva Pharmaceuticals, Inc.'s Counterclaims; and (2)

-2-

Certificate of Service were filed electronically with the Court, and copies of same were sent via e-mail to the following counsel:

Liza M. Walsh
Christine I. Gannon
Patrick Steven Salamea
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, N.J. 07102
(973) 757-1100
lwalsh@walsh.law
cgannon@walsh.law
psalamea@walsh.law

*Attorneys for Defendant*
*Teva Pharmaceuticals, Inc.*

3.   I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 20, 2023                    By: _____
                                             Alexander L. Callo