

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

December 8, 2023

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

    Re:   *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
            Civil Action No. 23-1695 (MEF)(LDW)

Dear Judge Wettre:

    This firm, together with Quinn Emanuel, represents Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC (together, "Plaintiffs") in this case. Plaintiffs have conferred with Defendant Teva Pharmaceuticals, Inc. and reached agreement regarding the following minor discovery deadline extensions:

| Event | Original Deadline (*see* ECF No. 30) | Revised Deadline |
|---|---|---|
| Plaintiffs shall serve their Infringement Contentions pursuant to L. Pat. R. 3.6(g) | December 15, 2023 | December 22, 2023 |
| Plaintiffs shall serve their Responses to Defendant's Invalidity Contentions pursuant to L. Pat. R. 3.6(i) | December 15, 2023 | December 22, 2023 |
| Parties shall exchange preliminary proposed claim terms for construction pursuant to L. Pat. R. 4.1(a) | January 5, 2024 | January 12, 2024 |

    The parties agree that these extensions will not affect any other deadline set forth in the Pretrial Scheduling Order (*see id.*). Accordingly, if these extensions meet with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Leda D. Wettre, U.S.M.J.
December 8, 2023
Page 2

      Thank you for Your Honor's kind attention to this matter.

                                            Respectfully yours,

                                            Charles M. Lizza

cc:  All counsel of record (via email)


SO ORDERED:  12/11/2023

_____
Hon. Leda D. Wettre, U.S.M.J.