| | |
|---|---|
| Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, NJ 07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiffs*<br>*Axsome Therapeutics, Inc. and*<br>*Antecip Bioventures II LLC* | Liza M. Walsh<br>Christine I. Gannon<br>Patrick S. Salamea<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>(973) 757-1100<br><br>*Attorneys for Defendant*<br>*Teva Pharmaceuticals, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS, INC.,**<br><br>**Defendant.** | Civil Action No. 23-01695 (MEF)(LDW)<br>Civil Action No. 23-23142 (MEF)(LDW)<br>(consolidated)<br><br>(Filed Electronically) |

### ORDER CONSOLIDATING CASES FOR ALL PURPOSES

**WHEREAS,** Plaintiffs Axsome Therapeutics, Inc. ("Axsome") and Antecip Bioventures II LLC ("Antecip" and, collectively with Axsome, "Plaintiffs"), filed Civil Action No. 23-01695 in this Judicial District against Defendant Teva Pharmaceuticals, Inc. ("Teva") on March 24, 2023;

**WHEREAS,** Plaintiffs filed the related Civil Action No. 23-23142 in this Judicial District against Teva on December 15, 2023;

**WHEREAS**, Teva hereby acknowledges its acceptance of service of the complaint in Civil Action No. 23-23142;

**WHEREAS**, by agreement of the parties, Teva answered the complaint in Civil Action No. 23-23142 on January 18, 2024 (*see* ECF No. 11 in Civil Action No. 23-23142);

**WHEREAS,** Plaintiffs and Teva jointly request that Civil Action Nos. 23-01695 and 23-23142 be consolidated;

**IT IS** on this __23rd__ day of __February__, 2024,

**ORDERED** that Civil Action Nos. 23-01695 and 23-23142 (the "Consolidated Actions") are consolidated for all purposes, including discovery, case management, and trial, subject to further order of the Court;

**IT IS FURTHER ORDERED** that all filings in the Consolidated Actions shall use the above caption on this Order;

**IT IS FURTHER ORDERED** that all filings going forward shall be filed in Civil Action No. 23-01695 and that Civil Action No. 23-23142 shall be administratively terminated by the Clerk's office;

**IT IS FURTHER ORDERED** that the January 19, 2024 Letter Order setting the Initial Conference in Civil Action No. 23-23142 (ECF No. 13) is hereby vacated; and

**IT IS FURTHER ORDERED** that the Consolidated Actions shall proceed on the following amended schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' Answer to Counterclaims ('518, '706, '144 Patents Only) | February 15, 2024 |
| Plaintiffs' Disclosure of Asserted Claims under L. Pat. R. 3.6(b) ('518, '706, '144 Patents Only) | February 29, 2024 |
| Defendants' disclosure of Non-Infringement and Invalidity Contentions under L. Pat. R. 3.6(c)-(f) ('518, '706, '144 Patents Only) | April 11, 2024 |

| Event | Deadline |
|---|---|
| Plaintiffs' disclosure of Infringement Contentions and Responses to Invalidity Contentions under L. Pat. R. 3.6(g)-(i) ('518, '706, '144 Patents Only) | June 17, 2024 |
| Joint exchange of proposed claim terms under L. Pat. R. 4.1 (All Patents) | June 28, 2024 |
| Preliminary proposed constructions and identification of intrinsic evidence under L. Pat. R. 4.2(a)-(b) (All Patents) | July 11, 2024 |
| Joint exchange of all intrinsic and extrinsic evidence under L. Pat. R. 4.2(c) (All Patents) | July 26, 2024 |
| Joint Claim Construction and Prehearing Statement under L. Pat. R. 4.3(a)-(e) (All Patents) | August 14, 2024 |
| Close of Fact Discovery for Claim Construction (All Patents) | August 29, 2024 |
| Opening Claim Construction Briefs (All Patents) | September 20, 2024 |
| Close of Expert Discovery for Claim Construction (All Patents) | October 18, 2024 |
| Responsive Claim Construction Briefs (All Patents) | November 15, 2024 |
| Proposed schedule for *Markman* hearing due to Court | December 6, 2025 |
| Close of Fact Discovery | February 7, 2025 |

SO ORDERED.

_____
Hon. Michael Farbiarz, U.S.D.J.