

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

May 13, 2024

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:  *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
>       **Case No. 2:23-cv-01695 (MEF) (LDW)**

Dear Judge Wettre:

This firm, together with Goodwin Procter LLP, represents Defendant Teva Pharmaceuticals, Inc. in connection with the above-referenced matter.   On behalf of the parties, we enclose for Your Honor's consideration a proposed Electronically Stored Information ("ESI") Protocol.  Should the enclosed ESI Protocol be acceptable to Your Honor, the parties respectfully request that it be executed and entered on the docket.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:     All Counsel of Record (via ECF and Email)

WALSH PIZZI O'REILLY FALANGA LLP   |   ATTORNEYS AT LAW   |   NEWARK   |   NEW YORK   |   PHILADELPHIA