

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 31, 2024

**VIA ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
>       **Case No. 2:23-cv-01695 (MEF) (LDW) (Consolidated)**

Dear Judge Farbiarz:

This firm, together with Goodwin Procter LLP, represents Defendant Teva Pharmaceuticals, Inc. ("Teva") in connection with the above-referenced matter. Enclosed for the Court's consideration is a Stipulation and proposed Order entered into by the parties. Should the enclosed Stipulation and proposed Order meet with Your Honor's approval, we respectfully request that Your Honor endorse it and have it entered on the docket.

We thank the Court for its attention to this matter and should Your Honor or Your Honor's staff have any questions we are always available.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:   All Counsel of Record (via ECF and E-mail)