

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

**VIA ECF**                                                                                     August 2, 2024

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

      Re:    *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
             Civil Action No. 23-1695 (MEF)(LDW) (consolidated)

Dear Judge Wettre:

      This firm, together with Quinn Emanuel Urquhart & Sullivan LLP, represents Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC (together, "Plaintiffs") in the above-captioned matter.

      We write to respectfully request a brief, five-day extension—until August 8, 2024—of today's deadline for the parties to exchange claim construction evidence under L. Pat. R. 4.2(c) (*see* ECF No. 64). The parties have met and conferred twice in the past nine days and believe that this additional time will increase the likelihood of reaching agreement on the constructions of the remaining disputed terms. This extension will not result in any other change to the scheduling order. Defendant Teva Pharmaceuticals, Inc. ("Teva") does not oppose this request.[1]

      Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form endorsement and have it entered on the docket.

      Thank you for Your Honor's kind attention to this matter.

                                          Respectfully yours,

                                          Charles M. Lizza

cc:  All counsel of record (via email)

---

[1] This letter supersedes ECF No. 70 to clarify that while Teva does not join in the requested extension, it does not oppose it.

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Leda D. Wettre, U.S.M.J.
August 2, 2024
Page 2

**SO ORDERED:**

_____
Hon. Leda D. Wettre, U.S.M.J.