

William C. Baton<br>
Phone: (973) 286-6722<br>
Fax: (973) 286-6800<br>
wbaton@saul.com<br>
www.saul.com

**VIA ECF**  September 9, 2024

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

  Re: *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
     Civil Action No. 23-1695 (MEF)(LDW) (consolidated)

Dear Judge Wettre:

  This firm, together with Quinn Emanuel Urquhart & Sullivan LLP, represents Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC (together, "Plaintiffs") in the above-captioned matter.

  We write to respectfully request a one-day extension, until September 10, 2024, of today's deadline to submit a joint status letter in advance of the September 16 status teleconference before Your Honor. *See* ECF No. 60. The parties met-and-conferred on September 6 regarding certain issues that will be presented in the joint status letter and are working together to finalize their respective portions. However, due to the quick turnaround following the parties' meet and confer, Plaintiffs require additional time to finalize their portion of the joint letter. This extension will not result in any other change to the scheduling order. Defendant Teva Pharmaceuticals, Inc. consents to this request.

  Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form endorsement and have it entered on the docket.

  Thank you for Your Honor's kind attention to this matter.

Respectfully yours,<br><br>
/s/ William C. Baton<br>
William C. Baton

cc: All counsel of record (via email)

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Leda D. Wettre, U.S.M.J.
September 9, 2024
Page 2

**SO ORDERED:**

_____
Hon. Leda D. Wettre, U.S.M.J.