**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| AXSOME THERAPEUTICS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. <br><br> 23-1695 (MEF) (LDW) <br><br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 16, 2024 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 17th day of September 2024, ORDERED** that the Pretrial Scheduling Order entered July 20, 2023 (ECF 30), as subsequently amended, is hereby further amended as follows:

1. To the extent the parties cannot consensually resolve remaining disputes regarding Teva's requests for certain IND/NDA documents, they shall file a joint letter setting forth their respective positions on the relevance of the documents sought on or before **September 25, 2024**.

2. The parties shall complete production of documents by **October 30, 2024**.

3. Fact discovery closes **February 7, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

4. All affirmative expert reports shall be delivered by **March 21, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **May 2, 2025**. Any such report shall comport with the form and content requirements referenced above.

6. All reply expert reports shall be delivered by **June 6, 2025**. Any such report shall comport with the form and content requirements referenced above.

7. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **August 1, 2025**.

8. The parties shall appear for a telephonic status conference before the undersigned on **January 15, 2025 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 177 188 879#.

    _s/ Leda Dunn Wettre_____
    Hon. Leda Dunn Wettre
    United States Magistrate Judge