

Sarah A. Sullivan
Phone: (973) 286-6728
Fax: (973) 286-6828
Sarah.Sullivan@saul.com
www.saul.com

September 24, 2024

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
Civil Action No. 23-1695 (MEF)(LDW)

Dear Judge Wettre:

This firm, together with Quinn Emanuel, represents plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC (together, "Plaintiffs") in the above-captioned matter.

We write to respectfully request an extension, to October 1, to file the motion to seal and redactions for the parties' September 10, 2024 joint dispute letter (ECF No. 78), which are currently due today. The parties, however, require additional time to review and prepare the papers. We have consulted with counsel for Teva, and they consent to this request. Accordingly, if this meets with Your Honor's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*Sarah A. Sullivan*

Sarah A. Sullivan

cc: All Counsel (via e-mail)

SO ORDERED:

_____
Hon. Leda D. Wettre, U.S.M.J.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP