

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 25, 2024

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
Case No. 2:23-cv-01695 (SDW) (LDW)

Dear Judge Wettre:

This firm, together with Goodwin Procter LLP, represents Defendant Teva Pharmaceuticals, Inc. ("Teva"), in connection with the above-referenced matter. We write to respectfully request a brief two-day extension of today's deadline, to September 27, to file the joint dispute letter. (*See* ECF No. 79 at ¶1). The parties are continuing to confer in an attempt to consensually resolve the dispute and would benefit from the brief extension. Plaintiffs do not oppose this request. If the proposed extension meets with Your Honor's approval, Teva respectfully requests that the Court So Order this letter and have it placed on the docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)

SO ORDERED:
_____
Hon. Leda D. Wettre, U.S.M.J.