

Charles M. Lizza<br>
Phone: (973) 286-6715<br>
Fax: (973) 286-6815<br>
wbaton@saul.com<br>
www.saul.com

**VIA ECF**                                                            January 13, 2025

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2060
Newark, New Jersey 07102

      Re:    *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
             Civil Action No. 23-1695 (MEF)(LDW) (consolidated)

            *Axsome Therapeutics, Inc., et al. v. Teva Pharmaceuticals, Inc.*
             Civil Action No. 24-6489 (MEF)(LDW) (consolidated)

Dear Judge Wettre:

      This firm, together with Quinn Emanuel Urquhart & Sullivan LLP, represents Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC in the above-captioned matters.

      Pursuant to our communications with Ms. Nortick and Ms. McNerney, we write on behalf of all parties to respectfully request a 45-day extension of all deadlines set forth in the Scheduling Orders (*see* ECF No. 79 in C.A. No. 23-1695; ECF No. 27 (as modified by ECF No. 29) in C.A. No. 24-6489). The parties also respectfully request a one-month adjournment of the January 15, 2025 status teleconference in Civil Action No. 23-1695 and intend to submit a joint status letter to the Court by January 29. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the respective dockets.

      Thank you for Your Honor's kind attention to these matters.

                                          Respectfully yours,

                                          Charles M. Lizza

cc:  All counsel of record (via email)

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Leda D. Wettre, U.S.M.J.
January 13, 2025
Page 2

SO ORDERED.

_____
Hon. Leda D. Wettre, U.S.M.J.