### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>       Defendant. | Civil Action No.<br><br>23-1695 (MEF) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' January 13, 2025 request for an extension of discovery (ECF 91); and for good cause shown;

**IT IS, on this 15th day of January 2025, ORDERED** that the Pretrial Scheduling Order entered July 20, 2023 (ECF 30), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **March 24, 2025**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **May 5, 2025**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **June 16, 2025**. Any such report shall comport with the form and content requirements referenced above.

4. All reply expert reports shall be delivered by **July 21, 2025**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **September 15, 2025**.

6.  The telephonic status conference before the undersigned on January 15, 2025 is adjourned to **February 18, 2025 at 3:00 p.m.**  The parties shall submit concise status letters to the Court no later than one week in advance of the conference.  Dial-in information for the conference is (973) 437-5535, access code 177 188 879#.

<u>*s/ Leda Dunn Wettre*</u>
Hon. Leda Dunn Wettre
United States Magistrate Judge