UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXSOME THERAPEUTICS, INC. and ANTECIP BIOVENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action Nos. 23-1695, 23-23142, 24-6489, 24-9535, 24-10938 (MEF)(LDW) |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and by agreement between Plaintiffs Axsome Therapeutics, Inc. and Antecip Bioventures II LLC and Defendant Teva Pharmaceuticals, Inc. (together with Plaintiffs, the "Parties"), the Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned actions are hereby dismissed without prejudice, and without costs or attorneys' fees to any party.

The Parties stipulate that the U.S. District Court for the District of New Jersey retains jurisdiction to enforce and resolve any disputes relating to the subject matter of the above-captioned actions.

**SO STIPULATED:**

By:  *s/ Charles M. Lizza*
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700

    *Attorneys for Plaintiffs*
    *Axsome Therapeutics, Inc. and*
    *Antecip Bioventures II LLC*

By:  *s/ Liza M. Walsh*
    Liza M. Walsh
    Christine I. Gannon
    Patrick S. Salamea
    Walsh Pizzi O'Reilly Falanga LLP
    Three Gateway Center
    100 Mulberry Street, 15th Floor
    Newark, NJ 07102
    Tel.: (973) 757-1100
    lwalsh@walsh.law
    cgannon@walsh.law
    psalamea@walsh.law

    *Attorneys for Defendant*
    *Teva Pharmaceuticals, Inc.*

**SO ORDERED:**

This 11th day of February, 2025

_____
Hon. Michael E. Farbiarz, U.S.D.J.